UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYLVIA B. PIVEN TRUSTEE, etc.,
           Plaintiff,
   -v-

STEVEN LORANGER, et al.,

           Defendants.
ITT CORPORATION,
           Nominal Defendant.

Case No.
07 CV 2878

AFFIDAVIT OF
SERVICE

---

STATE OF NEW YORK  }
COUNTY OF NEW YORK  }ss.:

MAUREEN MINTZER, being duly sworn, deposes and says, I am not a party to this action, am over 18 years of age and reside at Pleasantville, NY;

On April 20, 2007 at 12:10 p.m. at 4 West Red Oak Lane, White Plains, NY 10604, I served the within SUMMONS IN A CIVIL CASE, STOCKHOLDER'S DERIVATIVE COMPLAINT, CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER and NOTICE OF COURT CONFERENCE on ITT CORPORATION, defendant therein named, by delivering true copies of same to PHYLLIS RYAN, Receptionist, who stated she was authorized to receive same

The person served is a white female, reddish hair, 55-60 years old, 5'4", 130 pounds.

                                           *[signature]*
                                       MAUREEN MINTZER

Sworn to before me this
23rd day of April 2007

*[signature]*
NOTARY PUBLIC

CASWELL J. BRYAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-BR5084504
Qualified in Westchester County
My Commission Expires September 02, 2009

**LegalEase, Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYLVIA B. PIVEN TRUSTEE, etc.,
        Plaintiff,
    -v-

STEVEN LORANGER, et al.,

        Defendants.
ITT CORPORATION,
        Nominal Defendant.

Case No.
07 CV 2878

AFFIDAVIT OF
SERVICE

---

STATE OF NEW YORK  }
COUNTY OF NEW YORK  }ss.:

MAUREEN MINTZER, being duly sworn, deposes and says, I am not a party to this action, am over 18 years of age and reside at Pleasantville, NY;

On April 20, 2007 at 12:10 p.m. at 4 West Red Oak Lane, White Plains, NY 10604, I served the within SUMMONS IN A CIVIL CASE, STOCKHOLDER'S DERIVATIVE COMPLAINT, CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER and NOTICE OF COURT CONFERENCE on MARKOS I. TAMBAKERAS, defendant therein named, by delivering true copies of same to PHYLLIS RYAN, Receptionist and a person of suitable age and discretion at the defendant's actual place of business.

On April 23, 2007 I mailed true copies of same to the defendant at 4 West Red Oak Lane, White Plains, NY 10604, his actual place of business, by enclosing same in a properly addressed envelope, postage prepaid, and depositing it in an official depository under the exclusive custody and control of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

The person served is a white female, reddish hair, 55-60 years old, 5'4", 130 pounds.

                                              MAUREEN MINTZER

Sworn to before me this
23rd day of April 2007

*Caswell J. Bryan*
NOTARY PUBLIC

CASWELL J. BRYAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-BR5084504
Qualified in Westchester County
My Commission Expires September 02, 2009

**LegalEase, Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYLVIA B. PIVEN TRUSTEE, etc.,
        Plaintiff,
-v-

STEVEN LORANGER, et al.,

        Defendants.
ITT CORPORATION,
        Nominal Defendant.

Case No.
07 CV 2878

AFFIDAVIT OF
SERVICE

---

STATE OF NEW YORK   }
COUNTY OF NEW YORK   }ss.:

MAUREEN MINTZER, being duly sworn, deposes and says, I am not a party to this action, am over 18 years of age and reside at Pleasantville, NY;

On April 20, 2007 at 12:10 p.m. at 4 West Red Oak Lane, White Plains, NY 10604, I served the within SUMMONS IN A CIVIL CASE, STOCKHOLDER'S DERIVATIVE COMPLAINT, CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER and NOTICE OF COURT CONFERENCE on LINDA S. SANFORD, defendant therein named, by delivering true copies of same to PHYLLIS RYAN, Receptionist and a person of suitable age and discretion at the defendant's actual place of business.

On April 23, 2007 I mailed true copies of same to the defendant at 4 West Red Oak Lane, White Plains, NY 10604, her actual place of business, by enclosing same in a properly addressed envelope, postage prepaid, and depositing it in an official depository under the exclusive custody and control of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

The person served is a white female, reddish hair, 55-60 years old, 5'4", 130 pounds.

                                    MAUREEN MINTZER

Sworn to before me this
23rd day of April 2007

_Caswell J. Bryan_
NOTARY PUBLIC

CASWELL J. BRYAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-BR5084504
Qualified in Westchester County
My Commission Expires September 02, 2009

**LegalEase, Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYLVIA B. PIVEN TRUSTEE, etc.,
        Plaintiff,
-v-

STEVEN LORANGER, et al.,

        Defendants.
ITT CORPORATION,
        Nominal Defendant.

Case No.
07 CV 2878

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK   }
COUNTY OF NEW YORK   }ss.:

MAUREEN MINTZER, being duly sworn, deposes and says, I am not a party to this action, am over 18 years of age and reside at Pleasantville, NY;

On April 20, 2007 at 12:10 p.m. at 4 West Red Oak Lane, White Plains, NY 10604, I served the within SUMMONS IN A CIVIL CASE, STOCKHOLDER'S DERIVATIVE COMPLAINT, CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER and NOTICE OF COURT CONFERENCE on FRANK T. MACINNIS, defendant therein named, by delivering true copies of same to PHYLLIS RYAN, Receptionist and a person of suitable age and discretion at the defendant's actual place of business.

On April 23, 2007 I mailed true copies of same to the defendant at 4 West Red Oak Lane, White Plains, NY 10604, his actual place of business, by enclosing same in a properly addressed envelope, postage prepaid, and depositing it in an official depository under the exclusive custody and control of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

The person served is a white female, reddish hair, 55-60 years old, 5'4", 130 pounds.

                                            MAUREEN MINTZER

Sworn to before me this
23rd day of April 2007

*Caswell J. Bryan*
NOTARY PUBLIC

CASWELL J. BRYAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-BR5084504
Qualified in Westchester County
My Commission Expires September 02, 2009

*LegalEase Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYLVIA B. PIVEN TRUSTEE, etc.,
      Plaintiff,

-v-

STEVEN LORANGER, et al.,

      Defendants.

ITT CORPORATION,

      Nominal Defendant.

Case No.
07 CV 2878

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK  }
COUNTY OF NEW YORK  }ss.:

MAUREEN MINTZER, being duly sworn, deposes and says, I am not a party to this action, am over 18 years of age and reside at Pleasantville, NY;

On April 20, 2007 at 12:10 p.m. at 4 West Red Oak Lane, White Plains, NY 10604, I served the within SUMMONS IN A CIVIL CASE, STOCKHOLDER'S DERIVATIVE COMPLAINT, CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER and NOTICE OF COURT CONFERENCE on RAYMOND W. LEBOEUF, defendant therein named, by delivering true copies of same to PHYLLIS RYAN, Receptionist and a person of suitable age and discretion at the defendant's actual place of business.

On April 23, 2007 I mailed true copies of same to the defendant at 4 West Red Oak Lane, White Plains, NY 10604, his actual place of business, by enclosing same in a properly addressed envelope, postage prepaid, and depositing it in an official depository under the exclusive custody and control of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

The person served is a white female, reddish hair, 55-60 years old, 5'4", 130 pounds.

_____
MAUREEN MINTZER

Sworn to before me this
23rd day of April 2007

*Caswell J. Bryan*
NOTARY PUBLIC

CASWELL J. BRYAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-BR5084504
Qualified in Westchester County
My Commission Expires September 02, 2009

**LegalEase, Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYLVIA B. PIVEN TRUSTEE, etc.,
        Plaintiff,

-v-

STEVEN LORANGER, et al.,

        Defendants.

ITT CORPORATION,
        Nominal Defendant.

Case No.
07 CV 2878

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK    }
COUNTY OF NEW YORK  }ss.:

MAUREEN MINTZER, being duly sworn, deposes and says, I am not a party to this action, am over 18 years of age and reside at Pleasantville, NY;

On April 20, 2007 at 12:10 p.m. at 4 West Red Oak Lane, White Plains, NY 10604, I served the within SUMMONS IN A CIVIL CASE, STOCKHOLDER'S DERIVATIVE COMPLAINT, CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER and NOTICE OF COURT CONFERENCE on DR. JOHN J. HAMRE, defendant therein named, by delivering true copies of same to PHYLLIS RYAN, Receptionist and a person of suitable age and discretion at the defendant's actual place of business.

On April 23, 2007 I mailed true copies of same to the defendant at 4 West Red Oak Lane, White Plains, NY 10604, his actual place of business, by enclosing same in a properly addressed envelope, postage prepaid, and depositing it in an official depository under the exclusive custody and control of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

The person served is a white female, reddish hair, 55-60 years old, 5'4", 130 pounds.

                        _____
                        MAUREEN MINTZER

Sworn to before me this
23rd day of April 2007

*Caswell J. Bryan*
NOTARY PUBLIC

NOTARY PUBLIC-STATE OF NEW YORK
No. 01-BR5084504
Qualified in Westchester County
My Commission Expires September 02, 2009

*LegalEase, Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYLVIA B. PIVEN TRUSTEE, etc.,
        Plaintiff,
    -v-

STEVEN LORANGER, et al.,

        Defendants.
ITT CORPORATION,
        Nominal Defendant.

Case No.
07 CV 2878

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK   }
COUNTY OF NEW YORK  }ss.:

MAUREEN MINTZER, being duly sworn, deposes and says, I am not a party to this action, am over 18 years of age and reside at Pleasantville, NY;

On April 20, 2007 at 12:10 p.m. at 4 West Red Oak Lane, White Plains, NY 10604, I served the within SUMMONS IN A CIVIL CASE, STOCKHOLDER'S DERIVATIVE COMPLAINT, CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER and NOTICE OF COURT CONFERENCE on RALPH F. HAKE, defendant therein named, by delivering true copies of same to PHYLLIS RYAN, Receptionist and a person of suitable age and discretion at the defendant's actual place of business.

On April 23, 2007 I mailed true copies of same to the defendant at 4 West Red Oak Lane, White Plains, NY 10604, his actual place of business, by enclosing same in a properly addressed envelope, postage prepaid, and depositing it in an official depository under the exclusive custody and control of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

The person served is a white female, reddish hair, 55-60 years old, 5'4", 130 pounds.

                                    MAUREEN MINTZER

Sworn to before me this
23rd day of April 2007

*Caswell J. Bryan*
NOTARY PUBLIC

CASWELL J. BRYAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-BR5084504
Qualified in Westchester County
My Commission Expires September 02, 2009

**LegalEase, Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYLVIA B. PIVEN TRUSTEE, etc.,
        Plaintiff,
  -v-

STEVEN LORANGER, et al.,

        Defendants.
ITT CORPORATION,
        Nominal Defendant.

Case No.
07 CV 2878

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK   }
COUNTY OF NEW YORK  }ss.:

MAUREEN MINTZER, being duly sworn, deposes and says, I am not a party to this action, am over 18 years of age and reside at Pleasantville, NY;

On April 20, 2007 at 12:10 p.m. at 4 West Red Oak Lane, White Plains, NY 10604, I served the within SUMMONS IN A CIVIL CASE, STOCKHOLDER'S DERIVATIVE COMPLAINT, CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER and NOTICE OF COURT CONFERENCE on CHRISTINA A. GOLD, defendant therein named, by delivering true copies of same to PHYLLIS RYAN, Receptionist and a person of suitable age and discretion at the defendant's actual place of business.

On April 23, 2007 I mailed true copies of same to the defendant at 4 West Red Oak Lane, White Plains, NY 10604, her actual place of business, by enclosing same in a properly addressed envelope, postage prepaid, and depositing it in an official depository under the exclusive custody and control of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

The person served is a white female, reddish hair, 55-60 years old, 5'4", 130 pounds.

                                  MAUREEN MINTZER

Sworn to before me this
23rd day of April 2007

*Caswell J. Bryan*
NOTARY PUBLIC

CASWELL J. BRYAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-BR5084504
Qualified in Westchester County
My Commission Expires September 02, 2009

**LegalEase, Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYLVIA B. PIVEN TRUSTEE, etc.,
        Plaintiff,
-v-

STEVEN LORANGER, et al.,

        Defendants.
ITT CORPORATION,
        Nominal Defendant.

Case No.
07 CV 2878

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK   }
COUNTY OF NEW YORK  }ss.:

MAUREEN MINTZER, being duly sworn, deposes and says, I am not a party to this action, am over 18 years of age and reside at Pleasantville, NY;

On April 20, 2007 at 12:10 p.m. at 4 West Red Oak Lane, White Plains, NY 10604, I served the within SUMMONS IN A CIVIL CASE, STOCKHOLDER'S DERIVATIVE COMPLAINT, CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER and NOTICE OF COURT CONFERENCE on STEVEN R. LORANGER, defendant therein named, by delivering true copies of same to PHYLLIS RYAN, Receptionist and a person of suitable age and discretion at the defendant's actual place of business.

On April 23, 2007 I mailed true copies of same to the defendant at 4 West Red Oak Lane, White Plains, NY 10604, his actual place of business, by enclosing same in a properly addressed envelope, postage prepaid, and depositing it in an official depository under the exclusive custody and control of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

The person served is a white female, reddish hair, 55-60 years old, 5'4", 130 pounds.

                                            MAUREEN MINTZER

Sworn to before me this
23rd day of April 2007

*Caswell J. Bryan*
NOTARY PUBLIC

CASWELL J. BRYAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-BR5084504
Qualified In Westchester County
My Commission Expires September 02, 2009

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYLVIA B. PIVEN TRUSTEE, etc.,
        Plaintiff,
-v-

STEVEN LORANGER, et al.,

        Defendants.
ITT CORPORATION,
        Nominal Defendant.

Case No.
07 CV 2878

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK   }
COUNTY OF NEW YORK  }ss.:

MAUREEN MINTZER, being duly sworn, deposes and says, I am not a party to this action, am over 18 years of age and reside at Pleasantville, NY;

On April 20, 2007 at 12:10 p.m. at 4 West Red Oak Lane, White Plains, NY 10604, I served the within SUMMONS IN A CIVIL CASE, STOCKHOLDER'S DERIVATIVE COMPLAINT, CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER and NOTICE OF COURT CONFERENCE on CURTIS J. CRAWFORD, defendant therein named, by delivering true copies of same to PHYLLIS RYAN, Receptionist and a person of suitable age and discretion at the defendant's actual place of business.

On April 23, 2007 I mailed true copies of same to the defendant at 4 West Red Oak Lane, White Plains, NY 10604, his actual place of business, by enclosing same in a properly addressed envelope, postage prepaid, and depositing it in an official depository under the exclusive custody and control of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

The person served is a white female, reddish hair, 55-60 years old, 5'4", 130 pounds.

                                 MAUREEN MINTZER

Sworn to before me this
23rd day of April 2007

*Caswell J. Bryan*
NOTARY PUBLIC

CASWELL J. BRYAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-BR5084504
Qualified in Westchester County
My Commission Expires September 02, 2009

LegalEase, Inc.

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070   •   800-393-1277   •   Fax: 212-393-9796