SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE

NEW YORK, N.Y. 10017-3954

(212) 455-2000

FACSIMILE (212) 455-2502

E-MAIL ADDRESS

pcurnin@stblaw.com

DIRECT DIAL NUMBER

(212) 455-2519

BY FACSIMILE (914) 390-4085                May 29, 2007

Re:   *Piven v. Loranger*, No. 07 Civ. 2878 (CLB) (MDF)

The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Dear Judge Brieant:

We write on behalf of ITT Corporation, the nominal defendant in this derivative action, to request an adjournment of the case management and scheduling conference currently scheduled for June 1, 2007. We have consulted with plaintiff's counsel, and they join in this request.

On May 21, 2007, Your Honor approved the parties' proposed schedule for the filing of an amended complaint and briefing of a motion to dismiss. Pursuant to this scheduling order, the motion to dismiss will not be fully submitted before the end of September 2007. Therefore, we respectfully request that Your Honor adjourn this Friday's conference until August 17, 2007.

Respectfully,

Paul C. Curnin

cc:   Samuel K. Rosen, Esq. (via fax)

LOS ANGELES    PALO ALTO    WASHINGTON, D.C    HONG KONG    LONDON    TOKYO