SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE

NEW YORK, N.Y. 10017-3954

(212) 455-2000

FACSIMILE: (212) 455-2502

DIRECT DIAL NUMBER

(212) 455-7962

E-MAIL ADDRESS

msang@stblaw.com

<u>BY FACSIMILE (212) 753-3630</u>   May 29, 2007

Re:   *Piven v. Loranger*, No. 07 Civ. 2878 (CLB) (MDF)

Samuel K. Rosen, Esq.
Harwood Feffer LLP
488 Madison Avenue
New York, New York 10022

Dear Sam:

     I write to inform you that we received a telephone call from Alice Cama, Judge Brieant's Deputy Clerk, in response to our letter requesting an adjournment of the conference on June 1, 2007.

     Ms. Cama stated that the Court will not be in session in August. In light of the scheduling stipulation and order, however, Ms. Cama removed the conference from the Court's calendar. In addition, Ms. Cama set a return date for the Demand Futility Motion on November 2, 2007 at 10:00 a.m.

Very truly yours,

*Marisa Sang*

Marisa L. Sang

cc:   The Honorable Charles L. Brieant (via fax)
Vincent Maffeo, Esq.

LOS ANGELES    PALO ALTO    WASHINGTON, D.C.    HONG KONG    LONDON    TOKYO