212 EAST 39TH STREET

NEW YORK, NEW YORK 10016

PHONE 212 889 3700

FAX 212 684 5191

www.abbeyspanier.com

JUDITH L. SPANIER

jspanier@abbeyspanier.com



September 17, 2007

**VIA FACSIMILE AND U.S. MAIL**

All Counsel of Record

    Re:    <u>In re ITT Corporation Derivative Litigation</u>
             <u>Master Docket No. 07-cv-2878 (CLB)</u>

Dear Counsel:

    The Court has directed that I advise you that the Court will see all parties to this action on Friday October 5, 2007 at 10:00 A.M. regarding the matters raised by my letter dated September 10, 2007.

                                       Yours truly,

                                       Judith L. Spanier

JLS/sab
Enclosure

cc:    Honorable Charles L. Brieant

