# HARWOOD FEFFER LLP
### 488 MADISON AVENUE
### NEW YORK, NEW YORK 10022

TELEPHONE: (212) 935-7400
TELECOPIER: (212) 753-3630

October 19, 2007

MEMO ENDORSED

*Application Granted —*
*& Ordered*
*Charles L. Brieant*
*10/22/07*
*USDJ*

**By Facsimile: (914) 390-4085**

The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: In re ITT Corp. Derivative Litig., No. 07 Civ. 2878 (CLB)(MDF)

Dear Judge Brieant:

    As counsel to plaintiffs and defendants in the referenced action, we write to request a slight revision in the schedule set forth in the Stipulated Order, entered by Your Honor on September 10, 2007, to comply with Your Honor's Order issued at the October 5 conference.

    Plaintiffs seek this revision to provide them additional time, after receipt of the names of the "John Doe" defendants, to reach a tolling agreement as to them so that they need not be named in the Consolidated Complaint.

    To accomplish the foregoing, we request the following revised schedule, which will not change the date of the oral argument previously scheduled on January 18, 2008

| | |
|---|---|
| Plaintiffs file Consolidated Complaint | November 5, 2007 |
| ITT to serve Demand Futility Motion | November 30, 2007 |
| Plaintiffs serve opposition to Demand Futility Motion | December 28, 2007 |
| ITT to serve reply in support of Demand Futility Motion | January 9, 2008 |
| Oral Argument to be held | January 18, 2008 |

OCT-19-2007 12:39 HARWOOD FEFFER F.03/03

HARWOOD FEFFER LLP

The Honorable Charles L. Brieant
October 19, 2007
Page Two

Thank you for Your Honor's consideration of this revised schedule.

Respectfully yours,

HARWOOD FEFFER LLP

By: *[signature]*
Robert I. Harwood

Counsel for Plaintiffs

SIMPSON THACHER & BARTLETT LLP

By: *[signature]*
Paul C. Curnin, by permission

Counsel for ITT Corporation

RIH:cs

cc: All Counsel

SO ORDERED:

_____
Charles L. Brieant
United States District Judge