UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ITT Corporation Derivative Litigation | Case No. 07 Civ. 2878 (CLB) |

RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, ITT Corporation ("ITT"), by and through its undersigned counsel, hereby states that ITT is a non-governmental corporate party and that no parent or other publicly traded entity owns more than 10% of its stock.

DATED:  New York, New York
        November 30, 2007

SIMPSON THACHER & BARTLETT LLP

By _____
Paul C. Curnin
David Elbaum
Marisa L. Sarig
425 Lexington Avenue
New York, New York 10017-3954
Tel: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Nominal Defendant ITT Corporation*