# EXHIBIT C

 **ITT CORP** (ITT)

FOUR W RED OAK LANE
WHITE PLAINS, NY 10604
914. 641.2000
http://www.ittind.com

# 10–K

**FORM 10–K**
**Filed on 03/10/2006 – Period: 12/31/2005**
File Number 001–05672



LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

---

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549
---
FORM 10-K
ANNUAL REPORT

(Mark One)

[X]   ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(D) OF THE
      SECURITIES EXCHANGE ACT OF 1934

      FOR THE FISCAL YEAR ENDED DECEMBER 31, 2005

                             OR

[ ]   TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(D) OF THE
      SECURITIES EXCHANGE ACT OF 1934

      FOR THE TRANSITION PERIOD FROM        TO

COMMISSION FILE NO. 1-5672
---

ITT INDUSTRIES, INC.

INCORPORATED IN THE STATE OF INDIANA                      13-5158950
                                              (I.R.S. EMPLOYER IDENTIFICATION NO.)

4 WEST RED OAK LANE, WHITE PLAINS, NY 10604
(PRINCIPAL EXECUTIVE OFFICE)
TELEPHONE NUMBER: (914) 641-2000
---
SECURITIES REGISTERED PURSUANT TO SECTION 12(B) OF THE ACT, ALL OF WHICH ARE
REGISTERED ON THE NEW YORK STOCK EXCHANGE, INC.:

COMMON STOCK, $1 PAR VALUE (ALSO REGISTERED ON PACIFIC STOCK EXCHANGE)

SECURITIES REGISTERED PURSUANT TO SECTION 12(g) OF THE ACT:
NONE.

   Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes [X]    No [ ]

   Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Securities Exchange Act. Yes [ ]    No [X]

   Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes [X]    No [ ]

   Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (sec.229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [X]

   Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

 [X] Large accelerated filer [ ]    Accelerated filer [ ]    Non-accelerated filer [ ]

   Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes [ ]    No [X]

   The aggregate market value of the Common Stock of the registrant held by non-affiliates of the registrant on June 30, 2005 was approximately $9.0 billion.

   As of February 28, 2006, there were outstanding 184,707,010 shares of Common Stock, $1 par value, of the registrant.

DOCUMENTS INCORPORATED BY REFERENCE

   Portions of the registrant's definitive proxy statement filed or to be filed with the Securities and Exchange Commission pursuant to Regulation 14A involving the election of directors at the annual meeting of the shareholders of the registrant scheduled to be held on May 9, 2006, are incorporated by reference in Part III of this Form 10-K.

---

                              PART I

ITEM 1.                       BUSINESS

     ITT Industries, Inc., with 2005 sales and revenues of approximately $7.43 billion, is a global multi-industry company engaged directly and through its subsidiaries in the design and manufacture of a wide range of engineered products and the provision of related services. Our four principal business segments are Fluid Technology, Defense Electronics & Services, Motion & Flow Control, and Electronic Components. Prior to January 1, 2002, these segments were named, respectively, Pumps & Complementary Products, Defense Products & Services, Specialty Products and Connectors & Switches. Also prior to January 1, 2002, Engineered Process Solutions Group (formerly named Engineered Valves) and now part of our Fluid Technology Segment, reported into Specialty Products (now, Motion & Flow Control). Material herein is presented on a basis consistent with those business segment changes.

     Our World Headquarters is located at 4 West Red Oak Lane, White Plains, NY 10604. We have approximately 40,900 employees based in 57 countries. Unless the context otherwise indicates, references herein to "ITT Industries," the "Company," and such words as "we," "us," and "our" include ITT Industries, Inc. and its subsidiaries. ITT Industries, Inc. was incorporated on September 5, 1995 in Indiana. Reference is made to "-- COMPANY HISTORY AND CERTAIN RELATIONSHIPS." Our telephone number is (914) 641-2000.

     The table below shows, in percentage terms, our consolidated sales and revenues and operating income attributable to each of our ongoing lines of business for the last three years. In 2005 Electronic Components operating income included a $222.7 million impairment charge.

|                                  | Year Ended December 31, | | |
|----------------------------------|------|------|------|
|                                  | 2005 | 2004 | 2003 |
| SALES AND REVENUES               |      |      |      |
|   Fluid Technology               | 38%  | 41%  | 44%  |
|   Defense Electronics & Services | 43   | 38   | 35   |
|   Motion & Flow Control          | 9    | 10   | 10   |
|   Electronic Components          | 10   | 11   | 11   |
|                                  | 100% | 100% | 100% |
| OPERATING INCOME                 |      |      |      |
|   Fluid Technology               | 65%  | 47%  | 54%  |
|   Defense Electronics & Services | 72   | 42   | 38   |
|   Motion & Flow Control          | 24   | 20   | 20   |
|   Electronic Components          | (43) | 5    | 3    |
|   Other                          | (18) | (14) | (15) |
|                                  | 100% | 100% | 100% |

     BUSINESS AND PRODUCTS

     FLUID TECHNOLOGY

     Fluid Technology is a leading global provider of fluid systems and solutions for the Residential & Commercial Water, Building Trades, Wastewater Handling, Treatment, and Industrial & BioPharm markets. Sales and revenues were approximately $2.84 billion, $2.59 billion, and $2.25 billion for 2005, 2004 and 2003, respectively.

Fluid Technology is engaged in the design, development, production, sale, and after-sale support of a broad range of pumps, mixers, controls and treatment systems for municipal, industrial, residential, agricultural, and commercial applications.

Major production and assembly facilities are located in Argentina, Australia, Austria, Brazil, Canada, China, England, Germany, Italy, Malaysia, Mexico, the Philippines, South Korea, Sweden, Poland and the United States.

Principal customers are in North America, Europe, the Middle East, Africa, Latin and South America, and the Asia/Pacific region. No single customer accounted for more than 1.8% of 2005 sales for Fluid Technology. Sales are made directly to customers or through independent distributors and representatives.

As one of the world's leading producers of fluid handling equipment and related products for treating and recycling wastewater, ITT Industries actively promotes more efficient use and re-use of water and endeavors to raise the level of awareness of the need to preserve and protect the earth's water resources.

Residential & Commercial Water

ITT Industries' broad range of pumps, systems and accessories for residential, municipal and commercial applications including water, wells, pressure boosters, and agriculture packages and systems are branded Goulds Pumps, Red Jacket Water Products, Marlow Pumps, Lowara, and Vogel.

Flowtronex is the product brand for package systems for turf irrigation and water booster systems for municipal systems, golf courses and irrigation systems.

Building Trades

Leading product brands such as Bell & Gossett(R), McDonnell & Miller(R), and Hoffman Specialty(R), provide a broad variety of products for environmental control in buildings and for building service and utility applications including liquid-based heating and air conditioning systems, liquid level control, and steam trap products for boiler and steam systems. ITT Industries services the

2

European and Middle East building trade markets with pressure boosting pumps under the Lowara and Vogel names and A-C Fire Pump is a global UL/FM Fire pump package provider.

### Wastewater Handling

The Flygt Group is the originator and largest manufacturer of submersible pumps and mixers which form the heart of many of the world's sewage and wastewater treatment facilities. Combining Flygt's submersible pumps and mixers with Sanitaire and ABJ products (discussed below) provides a solution to customers' needs for complete system wastewater treatment. Dry mount pumps from A-C Pump provide an alternative technical solution to submersible pumps. Flygt is a market leader and respected brand for commercial and municipal submersible wastewater pumps. ITT Industries' strong position in the dewatering market is generated by Flygt, Robot and Grindex and, in the residential effluent and sewage pumps systems area, Goulds Pumps and Lowara are market leaders.

### Treatment

Through the Sanitaire(R), and ABJ(R) brands, ITT Industries is a leader in biological treatment systems for municipal and industrial wastewater treatment. The broad range of products includes ceramic and membrane fine bubble diffusers, and stainless steel coarse bubble diffusers. Aquious provides advanced membrane filtration engineered systems, reverse osmosis systems and portable filtration technology. Flygt's submersible mixers and Sanitaire's diffused aeration systems play a crucial role in the biological treatment phase ensuring that incoming flows reach optimal nitrification and prevent sedimentation in the aeration tank. ABJ is a unique Sequence Batch Reactor (SBR) allowing a continuous inflow. Through the addition of Aquious in 2004, ITT Industries offers advanced membrane filtration for both municipal and industrial applications. WEDECO is a leading provider of ultraviolet disinfection and ozone oxidation systems.

### Industrial & BioPharm

ITT Industries, under the Goulds Pumps brand name, offers standard as well as application specific pumps for the industrial marketplace. Examples of typical applications include general industrial, mining, chemical, pulp and paper, power, oil refining and gas processing. Fabri-Valve knife gate valves are designed to handle demanding applications found in pulp and paper plants including pulping, recovery and bleaching.

ITT Industries offers a wide array of valve and turnkey systems that are at the heart of extremely demanding manufacturing processes, especially of biological and pharmaceutical compounds. The design, engineering, fabrication, and installation of high purity process modules, skid systems and stainless steel vessels for the biopharm and hygienic industries are marketed under the Pure-Flo brand.

### Global Service and Customer Care

Fluid Technology has a global network of service centers for aftermarket customer care. Our aftermarket capabilities include the repair and service of all brands of pumps and rotating equipment, engineering upgrades, contract maintenance, and service.

### System Solutions

ITT Industries strives to provide its global customer base with the systems and solutions they need to meet their ever increasing demands on cost control and efficiencies. Through the overarching strategic Value Based Six Sigma program, ITT Industries now has in place company wide systems for rapid product development.

Our strategy to expand downstream to better service our customers has moved us from a product producer to a solution provider. This strategy has guided us in our acquisitions. For example, today ITT Industries can extend its core offering of submersible pumps and mixers with systems to control plant

operation, technologies that analyze the waste stream, and products and systems to treat water through biological, treatment, filtration, oxidation and disinfection processes.

In the industrial markets, our pump systems are now supplied with intelligent control systems and predictive conditioning monitoring. Customers engaging our "total systems approach" generally find dramatically lower energy consumption, maintenance and overall life cycle costs.

The following table illustrates the percentage of sales and revenues for the listed categories for the periods specified:

|                                   | Year Ended December 31, |      |      |
|-----------------------------------|------|------|------|
|                                   | 2005 | 2004 | 2003 |
| Residential & Commercial Water    | 19%  | 19%  | 21%  |
| Building Trades                   | 12   | 12   | 13   |
| Wastewater Handling               | 31   | 31   | 31   |
| Treatment                         | 17   | 16   | 11   |
| Industrial & BioPharm             | 21   | 22   | 24   |
|                                   | 100% | 100% | 100% |

Management believes that Fluid Technology has a solid technology base and proven expertise in designing its products to meet customer needs. Management also believes that the continuing development of new products will enable Fluid Technology to maintain and build market leadership positions in served markets.

Order backlog for Fluid Technology was $556.2 million in 2005, compared with $575.5 million in 2004, and $374.6 million in 2003.

3

Brand names include Aquious(TM), ABJ(R), A-C Pump(R), Bell & Gossett(R), Flygt(R), Goulds Pumps(R), Hoffman Specialty(R), ITT Standard(R), Lowara(R), Marlow Pumps, McDonnell & Miller(R), Pure-Flo, Sanitaire(R), Vogel(R) and WEDECO.

The level of activity in Fluid Technology is dependent upon economic conditions in the markets served, weather conditions, and in the case of municipal markets, the ability of municipalities to fund projects for our products and services, and other factors. See "-- COMPETITION."

Fluid Technology companies have approximately 11,800 employees and have 46 major facilities in 16 countries.

DEFENSE ELECTRONICS & SERVICES

Defense Electronics & Services, with sales and revenues of approximately $3.22 billion, $2.41 billion, and $1.79 billion for 2005, 2004 and 2003, respectively, develops, manufactures, and supports high technology electronic systems and components for worldwide defense and commercial markets, and provides communications systems and engineering and applied research. Operations are in North America, Europe, and the Middle East.

Defense Electronics & Services consists of the two major areas of (i) Systems and Services and (ii) Defense Electronics. Systems and Services consists of our systems and Advanced Engineering and Sciences businesses. Defense Electronics consists of our Aerospace and Communications, Space Systems, Night Vision, Avionics and Radar businesses.

Systems and Services

The Systems Division provides a broad range of systems integration, communications, engineering and technical support solutions ranging from strategic command and control and tactical warning and attack assessment, to test, training and range evaluation. The Systems Division also provides total systems support solutions for combat equipment, tactical information systems and facilities management.

The Advanced Engineering & Sciences Division provides a wide range of research, technologies and engineering support services to government, industrial and commercial customers. In addition, the division provides products and services for information collection, information processing and control, information security and telecommunications.

Defense Electronics

The ITT Aerospace/Communications Division ("A/CD") develops wireless networking systems for tactical communications. A/CD is the creator of the core technology used in the world's two largest tactical digitization programs: the U.S. Tactical Internet and the U.K. Bowman program. This technology has created a family of interconnected products including the Single Channel Ground and Airborne Radio System (SINCGARS). A/CD is at the leading edge of networking with its routers and algorithms. These devices permit self-organizing and self-healing connections all across the battlespace. A/CD is also developing the newest ground to air radios for the Federal Aviation Administration.

The Space Systems Division ("SSD") provides innovative solutions to customers in the Department of Defense, intelligence, space science, and commercial aerospace communities to help them visualize and understand critical events anywhere on earth, in the air, or in space. SSD's offering includes intelligence, surveillance and reconnaissance systems, image information solutions, sophisticated meteorological imagers and sounders, GPS navigation payload systems and components, commercial remote sensing and space science systems.

The Night Vision Division supplies the most advanced night vision equipment available to U.S. and allied military forces. The equipment includes night vision goggles for fixed and rotary-wing aviators; night vision goggles, monoculars and weapon sights for ground forces, and image intensifier tubes required for all of these systems. Night Vision is developing the Enhanced Night Vision Goggle (ENVG) which optically combines image intensification and infrared technology allowing for improved mobility and situational awareness. The division is also supplying high-performance night vision devices to federal, state and local law enforcement officers in support of homeland security.

The Avionics Division produces information and electronic warfare technologies for a broad range of military aircraft to help protect aircraft from radar-guided weapons. The Avionics Division is developing for the United States Army and Special Operations Forces the next-generation fully integrated airborne electronic warfare system for rotary wing aircraft called the Suite of Integrated Radio Frequency Countermeasures ("SIRFC"). In addition, the Avionics Division has developed a SIRFC based system for fixed wing aircraft such as the F-16, and is also the supplier for the United States Integrated Defensive Countermeasures ("IDECM") system for fixed wing aircraft such as the F/A-18 E/F fighter fleet. The Avionics Division is a co-developer of the integrated communications, navigation and identification system for the U.S. Air Force F-22 Raptor.

The ITT Gilfillan Division produces military and civilian air traffic control systems and air defense radars. Gilfillan's latest generation of air traffic control radar systems includes fixed and mobile terminal airport surveillance radars and precision approach radars for landing

4

assistance in extreme physical environments. Gilfillan also produces and installs air surveillance and weapons control for both ship and land-based applications.

The following table illustrates the percentage of sales and revenues for the listed categories for the periods specified:

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2005 | 2004 | 2003 |
| SYSTEMS AND SERVICES | | | |
| Systems | 33% | 35% | 32% |
| Advanced Engineering & Services | 9 | 11 | 13 |
| DEFENSE ELECTRONICS | | | |
| A/CD | 17 | 15 | 15 |
| SSD | 20 | 14 | 10 |
| Night Vision | 10 | 11 | 11 |
| Avionics | 8 | 9 | 12 |
| Gilfillan | 3 | 5 | 7 |
|  | 100% | 100% | 100% |

Defense Electronics & Services sells its products to a wide variety of governmental and non-governmental entities located throughout the world. Approximately 94% of 2005 sales and revenues of Defense Electronics & Services were to governmental and international entities; approximately 83% of 2005 total sales & revenues were to the United States Government (principally in defense programs).

A substantial portion of the work of Defense Electronics & Services is performed in the United States under prime contracts and subcontracts, some of which by statute are subject to profit limitations and all of which are subject to termination by the United States Government. Apart from the United States Government, international customers and commercial customers accounted for approximately 11% and 6%, respectively, of 2005 sales and revenues for Defense Electronics & Services.

Sales and revenues to non-governmental entities as a percentage of total sales and revenues for Defense Electronics & Services were 6% in 2005, 1% in 2004 and 5% in 2003. Certain products sold by Defense Electronics & Services have particular commercial application, including night vision devices. In addition, Defense Electronics & Services, in partnership with California Commercial Spaceport, Inc. in a venture known as Spaceport Systems International, provides full service payload processing and launch capability for small to medium satellite systems in low polar earth orbits.

Funded order backlog for Defense Electronics & Services was $3.48 billion in 2005 compared with $3.46 billion in 2004 and $3.19 billion in 2003.

The level of activity in Defense Electronics & Services is affected by overall defense budgets, the portion of those budgets devoted to products and services of the type provided by Defense Electronics & Services, the Company's ability to win new award contracts, demand and budget availability for such products and services in areas other than defense, and other factors. See "-- COMPETITION."

Defense Electronics & Services companies have approximately 15,300 employees and are present in 208 facilities in 21 countries.

MOTION & FLOW CONTROL

The results for the Motion & Flow Control segment have been restated to exclude the results of the Automotive Tubing business. The results of the Automotive Tubing Operations are reflected in Discontinued Operations for 2005 and all comparative periods.

Motion & Flow Control, with sales and revenues of approximately $670.0 million, $633.8 million and $545.0 million for 2005, 2004 and 2003, respectively, comprises a group of units operating in the motion control and flow control market segments. Operations are located principally in North America and Europe, with sales in Latin America and Asia supported through joint ventures or distribution arrangements. Motion & Flow Control consists of the Motion Control, Marine & Leisure and Flow Control groups.

Motion Control:

ITT Industries Friction Products designs and manufactures friction pads and backplates for braking applications on vehicles. From three facilities in Italy and one in the United States, Friction Products services most European "OEM" (Original Equipment Manufacturers) auto makers and also operates a substantial facility for research and testing of new materials. Approximately 53% of Friction Products' 2005 business is in aftermarket activity.

Koni designs and markets adjustable shock absorbers under the brand name KONI(R) for high performance vehicles, trucks, buses, railway equipment and specialty applications such as bridges. Customers are principally in Europe, North America, and Asia.

Marine & Leisure:

The Marine & Leisure division is the world's leading producer of pumps and related products for the marine and leisure markets. Products sold worldwide under the brand names Jabsco(R), Rule(R), Flojet(R), and Danforth(R) also serve the recreational vehicle market. Flojet is also a leading producer of pumps and components for beverage applications. Both Jabsco and Flojet also produce pumps for other specialty industrial fluid dispensing applications.

The HydroAir Division designs and manufacturers jets, pumps and other components for manufacturers of whirlpool baths and hot tub spas.

Flow Control:

ITT Aerospace Controls is a worldwide supplier of valves, actuators and switches for the commercial, military, regional, business and general aviation markets. Products are principally sold to OEMs and the aftermarket in North and South America, Europe and Asia. Aerospace Controls also sells switches and regulators into the oil and gas, fluid power, power generation, and chemical markets.

ITT Conoflow markets pressure regulators and diaphragm seals for industrial applications and natural gas vehicles.

The following table illustrates the percentage of sales and revenues for the listed categories for the periods specified:

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2005 | 2004 | 2003 |
| Motion Control | 57% | 57% | 54% |
| Marine & Leisure | 32 | 33 | 35 |
| Flow Control | 11 | 10 | 11 |
|  | 100% | 100% | 100% |

The level of activity for Motion & Flow Control depends upon economic conditions in the served markets, particularly the automotive, aerospace, and marine and leisure markets, weather conditions and natural disasters. See "-- COMPETITION." Order backlog is not a significant factor in this segment.

Motion & Flow Control companies have approximately 2,800 employees and have 20 facilities located in 8 countries.

  ELECTRONIC COMPONENTS

Electronic Components, with sales and revenues of approximately $708.9 million, $696.9 million, and $585.7 million for 2005, 2004 and 2003, respectively, designs and manufactures connectors, interconnects, cable assemblies, switches, keypads, multi-function grips, panel switch assemblies, dome arrays, input/output (I/O) card kits and smart card systems.

Electronic Components provides products and services for the areas of communications, industrial, transportation, military/aerospace, commercial aircraft, computer, and consumer uses.

In the communications area, Electronic Components designs products and provides services specifically for today's telecommunications infrastructure and networking industries. These products and services include connectors, interconnects, cable assemblies, keypads, switches, panel switch assemblies, I/O card kits, and smart card systems. They are used in wireless networks, carrier networks, enterprise networks, datacommunications, and subscriber equipment applications.

In the industrial area, Electronic Components' products are incorporated in various industrial equipment and process control products, including DL zero insertion force connectors, cable assemblies, electromechanical switches, and device control interfaces. They are used in industrial controls, production equipment, instrumentation and medical equipment.

In the transportation area, Electronic Components' products are incorporated in heavy-vehicles and equipment, mass transit, agriculture

construction equipment and automotive applications. The products include high reliability connectors, multi-function control assemblies, and switches used in powertrain, instrument controls, and chassis applications.

In the military/aerospace area, Electronic Components supplies products for mission-critical applications ranging from below the ocean to deep in space. The products include circular, rack and panel, microminiature, fiber optic, and "special" connectors used in military electronics, missiles, and space applications.

In the commercial aircraft area, Electronic Components supplies highly reliable light, space-saving products for technically advanced aircraft. The products include rack and panel, circular, and fiber optic connectors. Their applications range from avionics (flight control, communications and navigation) to passenger in-flight entertainment systems.

In the computer area, Electronic Components supplies connectors and switches for computers and computer peripherals.

In the consumer area, Electronic Components primarily supplies keypads for remote control devices, switches for appliances and audio circular connectors.

The following table illustrates the percentage of sales and revenues for the listed categories for the periods specified:

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2005 | 2004 | 2003 |
| Communications | 28% | 29% | 27% |
| Industrial | 21 | 24 | 25 |
| Transportation | 23 | 18 | 18 |
| Military/Aerospace | 15 | 14 | 13 |
| Commercial Aircraft | 5 | 5 | 5 |
| Computer | 4 | 5 | 5 |
| Consumer | 4 | 5 | 7 |
|  | 100% | 100% | 100% |

Electronic Components' products are marketed primarily under the Cannon(R) brand name.

The level of activity for Electronic Components is affected by overall economic conditions in the markets served and the competitive position with respect to price, quality, technical expertise, and customer service. See "-- COMPETITION."

6

Electronic Components companies have approximately 8,200 employees and have 26 facilities located in 10 countries.

See "Management's Discussion and Analysis of Financial Condition and Results of Operations" and see Note 23, "Business Segment Information," in the Notes to Consolidated Financial Statements for further details with respect to business segments.

ACQUISITIONS, DIVESTITURES, RESTRUCTURING, AND RELATED MATTERS

We have been involved in an ongoing program of acquiring businesses that provide a rational fit with businesses we presently conduct and divesting businesses that do not enhance that fit.

After completing a strategic review of the Electronic Components segment, in the fourth quarter of 2005, the Company has decided to dispose of the Switches component, which accounted for approximately 50% of the Electronics Components segment revenue. The Company is in the process of preparing this business for sale.

On February 7, 2006, the Company completed the sale of its automotive brake & fuel tubing and components business to Cooper-Standard Automotive, a privately-held company, for $205 million in cash, subject to certain post-closing adjustments.

During 2005, the Fluid Technology Segment acquired Ellis K. Phelps and Co.("Phelps"), the largest U.S. distributor of products sold under ITT's Flygt brand for the wastewater pumping and treatment market.

On January 19, 2004 we announced the acquisition of over 81.4% of the outstanding shares of WEDECO, which manufactures ultraviolet disinfection and ozone oxidation systems, and of Shanghai Hengtong Purified Water Development Co. Ltd. and Shanghai Hengtong Water Treatment Engineering Co. Ltd., a producer of reverse-osmosis, membrane and other water treatment systems for the power, pharmaceutical, chemical and manufacturing markets in China. In 2005, Fluid Technology purchased additional shares of WEDECO. As a result of subsequent purchases, we now own all of the outstanding shares of WEDECO.

On August 6, 2004, we acquired Allen Osborne Associates, Inc. a manufacturer of high precision GPS systems receivers for our Defense Electronics & Services business segment.

On August 13, 2004, we acquired Eastman Kodak Company's Remote Sensing Systems business, which provides large scale optical and electro-optical high-resolution satellite imaging. The acquisition is included in the Company's Defense Electronics & Services business segment.

On December 20, 2004, we acquired Cleghorn Waring & Co. (Pumps) Limited, a supplier of marine and industrial pumps in the United Kingdom for our Motion & Flow Control segment.

On December 21, 2004 we disposed of our equity interest in Mesh Networks, Inc. to Motorola, Inc.

During 2003, we acquired the business and assets of Uniserve Wellpoint Srl., which produces a range of high quality diesel and electric powered, vacuum primed centrifugal pumps and spear or well point dewatering systems for our Fluid Technology segment.

On January 31, 2003, we acquired the VEAM/TEC division of Northrop Grumman's Component Technologies sector, which manufactures cylindrical, filter and fiber optic connectors for the military/aerospace, industrial, mass transit, entertainment and nuclear markets, for our Electronic Components segment.

In 2003, we sold substantially all of our interest in DigitalGlobe, Inc., a developmental stage company providing high resolution satellite images to the commercial markets.

See Note 4, "Restructuring and Asset Impairment Charges," in the Notes to Consolidated Financial Statements regarding restructuring matters. See also "Management's Discussion and Analysis of Financial Condition and Results of Operations -- Liquidity and Capital Resources -- Status of Restructuring Activities."

See "Management's Discussion and Analysis of Financial Condition and Results of Operations -- Risks and Uncertainties -- Status of Automotive Discontinued Operations" and Note 5, "Discontinued Operations," in the Notes to Consolidated Financial Statements for information regarding the resolution of certain disputes relating to the sales of automotive businesses during 1998 and further information regarding discontinued operations.

GEOGRAPHIC MARKETS

In 2005, approximately 48% of the sales and revenues of Fluid Technology was derived from North America, approximately 34% was derived from Europe, and the Asia/ Pacific region accounted for approximately 9%. The geographic sales mix differs among products and among divisions of Fluid Technology. Our management anticipates growth opportunities in Eastern Europe, Central Asia, Africa/ Middle East, Latin America, and the Asia/Pacific region. In China, Fluid Technology has manufacturing and distribution facilities to produce and sell both submersible pumps for the sewage handling and mining markets and vertical turbine pumps including a foundry operation. The Company also has joint venture sales and manufacturing and other operations in Eastern Europe, Latin America, Africa/Middle East, and other locations in the Asia/Pacific region.