# EXHIBIT M



# BRUNE & RICHARD LLP



**Susan Brune**
sbrune@bruneandrichard.com

Download vCard 

Susan Brune's practice focuses on white-collar defense, on commercial litigation, and on internal investigations.  Ms. Brune has been recognized as one of Manhattan's top white-collar lawyers by Superlawyers and by Best Lawyers. Superlawyers has also named her as among the "Top 50 Women Lawyers in New York."

She has successfully represented clients in white-collar criminal investigations and prosecutions, and in proceedings before the Securities and Exchange Commission, the New York Stock Exchange, and the Financial Industry Regulatory Authority. She has repeatedly warded off indictment and regulatory charges, through sound strategic choices, meticulous preparation and forceful advocacy.  Her cases have included allegations of securities fraud, accounting fraud, insider trading, health care and other government contract fraud, tax-related fraud, money laundering, antitrust violations, Foreign Corrupt Practices Act violations, customs violations, and bank fraud.

She also has a significant civil litigation practice.  She currently represents brokers in cases across the country concerning tax-related transactions and a technology firm in an international arbitration  She recently obtained a dismissal with prejudice for a large law firm accused of breaching fiduciary duties and favorable outcomes for individuals and companies in securities fraud, breach of contract and other commercial cases.

Ms. Brune also handles internal investigations in both private and public settings. She currently serves as counsel to a special litigation committee and, in a separate matter, is conducting an investigation related to a bankruptcy. She has often, in a seperate matter, served as receiver and monitor. In December 1998, the United States District Court for the Southern District of New York appointed Ms. Brune receiver for a broker-dealer, Brownstone Capital Corporation, in SEC v. Brownstone Capital Corp. et al.; in January 2002, receiver for a multi-million dollar disgorgement fund, in SEC v. Traboulsi; in June 2005, receiver for a hedge fund, in SEC v. Hankins; and in February 2007, receiver for two securities trading entities, in SEC v. Zehil. In December 2001, the New York City Department of Investigation appointed Ms. Brune monitor for a large seafood concern based in New York City's Fulton Fish Market and, in September 2006, as

monitor for a large electrical contracting firm.

From 1990 to 1997, Ms. Brune served as an Assistant United States Attorney in the Southern District of New York, where she prosecuted many significant cases, including United States v. Jacobson (prosecution of 75 defendants, including 34 licensed pharmacists, for Medicaid fraud and mail and wire fraud), United States v. Murphy (prosecution of more than two dozen New York City elevator inspectors for RICO and extortion), United States v. Buckley (prosecution of the three top officers of Local 1110 of the Communications Workers of America for embezzlement), United States v. Pallotta (prosecution of the leading executives of a Silicon Valley telecommunications company for interstate transportation of stolen property), United States v. Slevin (prosecution of the principal of several performance bonding companies for mail and wire fraud) and United States v. Lawton (RICO prosecution of 19 members of the "James Bond" burglary ring).

Ms. Brune speaks frequently on topics related to white-collar defense. Speaking engagements include CitiBar Center for Continuing Legal Education, Direct & Cross Examination of Witnesses and Navigating Objections, September 2007; Privileges in Regulatory & Criminal Investigations: Legal & Ethical Issues, June 2006; Federal Bar Council, How to Succeed as a Criminal Defense Attorney: Do You Have to Prosecute to Defend?, June 2005; Practicing Law Institute, D&O Liability and Insurance: Directors and Officers Under Fire, June 2004; New York County Lawyers' Association, Federal Criminal Practice Institute, April 2000, May 2001, October 2004, and October 2007; and CitiBar Center for Continuing Legal Education, ABC's of Federal Criminal Practice: A Practical Primer, April 1999, September 2004, October 2005, and October 2007.  She has taught trial techniques at the U.S. Department of Justice's Advanced Civil Trial Advocacy Seminar and trial advocacy at Benjamin N. Cardozo School of Law.

From 1988 through 1990, Ms. Brune served as a law clerk to Judge Whitman Knapp in the United States District Court for the Southern District of New York. Ms. Brune is a 1988 honors graduate of Harvard Law School. In 1985, she received an M.A. in American history from Columbia University. In 1983, she received a B.A. from the Honors College of the University of Michigan.

Printer-Friendly Version 🖶

© 2004–2007 Brune & Richard LLP. Attorney Advertising and Legal Notice

80 Broad Street, New York, New York 10004, (212) 668–1900 phone, (212) 668–0315 fax, inforequest@bruneandrichard.com