UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ITT Corporation Derivative Litigation | Case No. 07 Civ. 2878 (CLB) |

**AMENDED NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE THAT, upon the annexed Affidavit of David Elbaum, sworn to on November 30, 2007, the exhibits attached thereto, and the accompanying memorandum of law dated November 30, 2007, nominal defendant ITT Corporation will move this Court, before the Honorable Charles L. Brieant, at the United States Courthouse, 300 Quarropas Street, Courtroom 218, White Plains, New York 10601, at 10:00 a.m. on the 18th day of January, 2008 for an order dismissing the consolidated amended complaint with prejudice pursuant to Rule 23.1 of the Federal Rules of Civil Procedure.

DATED: December 4, 2007

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By _____

Paul C. Curnin
David Elbaum
Marisa L. Sarig
425 Lexington Avenue
New York, New York 10017-3954
Tel: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Nominal Defendant ITT Corporation*