UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re ITT CORPORATION DERIVATIVE LITIGATION | : <br> : <br> : Case No. 07 Civ. 2878 (CLB) <br> : <br> : |

**DECLARATION OF ROBERT I. HARWOOD IN SUPPORT
OF PLAINTIFFS' MEMORANDUM OF LAW IN
<u>OPPOSITION TO ITT CORPORATION'S MOTION TO DISMISS</u>**

ROBERT I HARWOOD hereby declares under the laws of perjury of the United States as follows:

1. I am a member of the firm of Harwood Feffer LLP, Chairman of Plaintiffs' Executive Committee in this action, and am admitted to practice before this Court. I respectfully submit this declaration in opposition to defendant ITT Corporation's ("ITT's") motion to dismiss the Verified Consolidated Amended Complaint. I am fully familiar with the facts and circumstances stated herein.

2. Attached hereto as Exhibit A is a copy of plaintiff Anthony Reale's Pre-Suit Demand Letter dated April 12, 2007 to ITT's Board of Directors.

3. Attached hereto as Exhibit B is a copy of Pre-Trial Order No. 2, dated May 26, 2004, in <u>In re AOL Time Warner Shareholder Litig.</u>, Master File No. 02 CV 6302 (S.D.N.Y.) (SWK) ("<u>AOL Litig.</u>").

      4.      Attached hereto as Exhibit C is a copy of the Opinion and Order, dated May 26, 2004 in the AOL Litig.

Dated: December 28, 2007

                                                          /s/Robert I. Harwood
                                                              Robert I. Harwood