# HARWOOD FEFFER LLP
### 488 MADISON AVENUE
### NEW YORK, NEW YORK 10022

TELEPHONE: (212) 935-7400
TELECOPIER: (212) 753-3630

January 2, 2008

Re: Piven v. Loranger  Civ Action No.
**7:07-cv-02878-CLB Piven v. Loranger et al**

Dear Clerk of the Court

    Due to service interruptions on the Southern District of New York ECF website on December 28, 2007, please find this <u>Statement of Late Filing</u> along with the accompanied e-filed documents in the abovementioned action dated December 28, 2007.
    Said documents were served on aforementioned date to below-listed counsel By Hand:

> SIMPSON THACHER
>   & BARTLETT LLP
> Paul C. Curnin, Esq.
> Mary Beth Forshaw, Esq.
> David Elbaum, Esq.
> 425 Lexington Avenue
> New York, NY 10017
>
> **COUNSEL FOR DEFENDANTS**

Thank you

Sincerely

Craig Lowther
Paralegal