UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ITT CORPORATION DERIVATIVE LITIGATION | : <br> : Case No. 07 Civ. 2878 (CLB) <br> : <br> : |

## CERTIFICATE OF SERVICE

I, Craig Lowther, hereby certify that I am over the age of 18 years, am employed by the law firm of Harwood Feffer LLP and that on January 2, 2008 the foregoing:

**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO ITT CORPORATION'S MOTION TO DISMISS;**

and

**DECLARATION OF ROBERT I. HARWOOD IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO ITT CORPORATION'S MOTION TO DISMISS** was served by hand upon the following counsel for Defendants

> SIMPSON THACHER & BARTLETT LLP
> Paul C. Curnin, Esq.
> Mary Beth Forshaw, Esq.
> David Elbaum, Esq.
> 425 Lexington Avenue
> New York, NY 10017

and via electronic email to additional counsel listed on the attached Service List:

_____
Craig Lowther

Replies, Opposition and Supporting Documents
7:07-cv-02878-CLB Piven v. Loranger et al
ECF, LEAD

## U.S. District Court

### United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Harwood, Robert on 1/2/2008 at 9:00 AM EST and filed on 1/2/2008
**Case Name:**        Piven v. Loranger et al
**Case Number:**      7:07-cv-2878
**Filer:**            Anthony Reale
**Document Number:** 19

**Docket Text:**
**MEMORANDUM OF LAW in Opposition re: [15] MOTION to Dismiss** *the Consolidated Amended Complaint.*, **[18] AMENDED MOTION to Dismiss.. Document filed by Anthony Reale. (Attachments: # (1) Declaration of Robert I Harwood In Support of Plaintiff's Memo of Law In Opposition to Def' ITT's Motion to Dismiss, # (2) Exhibit s A through C to Robert I. Harwood's Declaration, # (3) Statement of late ECF filing)(Harwood, Robert)**

**7:07-cv-2878 Notice has been electronically mailed to:**

Jules Brody     ssbny@aol.com

Paul C. Curnin    pcurnin@stblaw.com, delbaum@stblaw.com, managingclerk@stblaw.com

Robert I. Harwood    rharwood@hfesq.com

Laurence Paskowitz    classattorney@aol.com

Samuel Kenneth Rosen    srosen@hfesq.com

**7:07-cv-2878 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/2/2008] [FileNumber=4124206-0]
[75d00fa1f6dbfb76e32c098e530400365435274707a27febe6a8b6de52c6cdfd7a03
959bc15ae4b8608d3a118da663c4f8fd877110a1773dfea7fdf5d68b70ac]]
**Document description:** Declaration of Robert I Harwood In Support of Plaintiff's Memo of Law In Opposition to Def' ITT's Motion to Dismiss
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=1/2/2008] [FileNumber=4124206-1]
[a18a765d273052e492da64b91c1af6ace3f67b2e1456a6d45b670d96b2af6994e19b
a8970706883d0c282db95315dc85f48051b22c021f795c9df8d2b3d5850d]]
**Document description:** Exhibit s A through C to Robert I. Harwood's Declaration
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/2/2008] [FileNumber=4124206-2]
[994317adcd1f9bad069c5af0cbe3014e57ac86b454c033a5d3afa24fa04c92a40a73
9ddc5f4b72bfe8f234c4fb11b1b21527866cd9e694b5c3442e4a713d29ab]]
**Document description:** Statement of late ECF filing
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/2/2008] [FileNumber=4124206-3]
[accd8a075f89c358e9f4f785a4ed92c1265fd7eecbcd997a5643ad1c7fba38f87dcb
7d5c961bc2bf3a6fcef3d450a91d842567e7af5477f679c9e7bb8b9b07c2]]