# HARWOOD FEFFER LLP
**488 MADISON AVENUE**
NEW YORK, NEW YORK 10022

TELEPHONE: (212) 935-7400
TELECOPIER: (212) 753-3630

February 14, 2008

**Via FedEx**

The Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601

    Re: Piven v. Loranger (In re ITT Corporation Derivative
       Litigation, Master Docket No. 07-CV 2878 (CLB))

Dear Judge Brieant:

    I represent plaintiffs in the referenced derivative action and appeared before Your Honor on January 25, 2008 in opposition to defendants' motion to dismiss the complaint. The motion is sub judicae.

    At oral argument, in response to Your Honor's question, the Court was advised that plaintiffs made an offer to resolve this action within the limits of defendants' officers and directors liability insurance coverage and were waiting for a response. The Court encouraged the parties to continue to explore settlement.

    Regrettably, defendants have still not responded to plaintiffs' settlement offer. Accordingly, the prospects for achieving a settlement in the foreseeable future are bleak and I see no alternative to defendants' motion going forward.

          Respectfully yours,

          Robert I. Harwood

RIH:ggc
cc: Paul C. Curnin, Esq. (Via FedEx)