# HARWOOD FEFFER LLP
488 MADISON AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE: (212) 935-7400
TELECOPIER: (212) 753-3630

February 19, 2008

**Via FedEx**

The Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601

    Re: Piven v. Loranger (In re ITT Corporation Derivative Litigation, Master Docket No. 07-CV 2878 (CLB))

Dear Judge Brieant:

    I write on behalf of plaintiffs in response to Mr. Curnin's February 15, 2008 letter to the Court.

    My February 14 letter was not misleading. Plaintiff made a demand on defendants that was less than the amount ITT, in its guilty plea, agreed to pay in penalties and forfeitures - $100 million. The only "alternative" resolution suggested by Mr. Curnin was for plaintiffs to reduce their demand; a settlement negotiation cannot be unilateral.

    As to Mr. Curnin's request that, if the Court dismisses the action, it be with prejudice, plaintiffs respectfully point out that the complaint at issue is a consolidated pleading and the only one to be subjected to judicial scrutiny.

                  Respectfully yours,

                  Robert I. Harwood

RIH:ggc

cc: Paul C. Curnin, Esq. (Via FedEx)