UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ITT Corporation Derivative Litigation | Case No. 07 Civ. 2878 (CLB)<br><br>NOTICE OF MOTION<br><br>ORAL ARGUMENT REQUESTED |

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law dated April 24, 2008, and all papers and proceedings previously entered in the record in connection with nominal defendant ITT Corporation's Motion to Dismiss, filed November 30, 2007, ITT will move this Court, before the Honorable Charles L. Brieant of the United States District Court for the Southern District of New York, at the United States Courthouse, 300 Quarropas Street, Courtroom 218, White Plains, New York 10601, on the 16th day of May 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, for an Order pursuant to S.D. & E.D. N.Y. Local Rule 6.3 granting reconsideration of the Court's Memorandum and Order dated April 10, 2008 denying ITT's Motion to Dismiss, and upon reconsideration, granting the Motion and dismissing the Consolidated Amended Complaint with prejudice, or, in the alternative, clarifying the Court's Memorandum and Order dated April 10, 2008 as set forth in the accompanying memorandum of law.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Local Rule 6.1(b), opposition papers, if any, must be served within ten (10) days after service of the papers herein.

PLEASE TAKE FURTHER NOTICE THAT, ITT hereby requests that the Court hear oral argument on this motion for reconsideration.

DATED: April 24, 2008
       New York, New York

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By _____
Paul C. Curnin (pcurnin@stblaw.com)
David Elbaum (delbaum@stblaw.com)
Marisa L. Sarig (msarig@stblaw.com)
425 Lexington Avenue
New York, New York 10017-3954
Tel: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Nominal Defendant
ITT Corporation*