**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE ITT CORPORATION DERIVATIVE LITIGATION** | No. 07-CV-2878 (CLB) |

**NOTICE OF MOTION TO DISMISS FOR LACK OF
SUBJECT-MATTER JURISDICTION**

PLEASE TAKE NOTICE that, Defendants Steven R. Loranger, Curtis J. Crawford, Christina A. Gold, Ralph F. Hake, John J. Hamre, Raymond W. LeBoeuf, Frank T. MacInnis, Linda S. Sanford, and Markos I. Tambakeras (the "Director Defendants") will move this Court, at the United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, on July 19, 2008, at 10:00 a.m., or on a date and time to be set by the Court, for an Order dismissing the Verified Consolidated Amended Complaint for lack of subject-matter jurisdiction.  The motion shall be brought upon the Verified Consolidated Amended Complaint, the accompanying Affidavit of John J. Hamre, and the accompanying Memorandum of Law in Support of the Director Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction.

Dated:  June 6, 2008

Respectfully submitted,

CAHILL GORDON & REINDEL LLP

By:_____/s/  David G. Januszewski_____
        David G. Januszewski
        Elizabeth Richman
80 Pine Street
New York, New York 10005
Tel: (212) 701-3000
Fax: (212) 269-5420

Attorneys for Defendants Steven R. Lo-
ranger, Curtis J. Crawford, Christina A.
Gold, Ralph F. Hake, John J. Hamre, Ray-
mond W. LeBoeuf, Frank T. MacInnis,
Linda S. Sanford, and Markos I. Tambak-
eras