IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ITT CORPORATION<br>DERIVATIVE LITIGATION | No. 07-CV-2878 (CLB) |

### AFFIDAVIT OF JOHN J. HAMRE

DISTRICT OF COLUMBIA : ss.:

John J. Hamre, being duly sworn, deposes and says:

1. I am a director of ITT Corporation and a defendant in this action.

2. Paragraph 18 of the Verified Consolidated Amended Complaint alleges that I am a citizen of the District of Columbia. That allegation is incorrect.

3. At all times since December 1989 through the present, I have been a citizen and resident of Bethesda, Maryland. At no time during that period have I been a citizen or resident of the District of Columbia.

_____
John J. Hamre

Sworn to before me this
5th day of June 2008.

Tomer Shoval
_____
Notary Public

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 5th day of June
_____
Notary Public, D.C.
My commission expires_____

TOMER SHOVAL
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 30, 2013